RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
TRACI J. WHELAN, IDAHO STATE BAR NO. 4416
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
6450 N. MINERAL DRIVE, SUITE 210
COEUR D'ALENE, IDAHO 83815
TELEPHONE: (208) 667-6568
FACSIMILE: (208) 667-0814

U.S. COURTS

NOV 16 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>QAYA MIKEL GORDON,<br><br>Defendant. | Case No. **CR 21-305 DCN**<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 113(a)(3) and 1153 |

The Grand Jury charges:

## COUNT ONE

**Assault with a Deadly Weapon**
**18 U.S.C. §§ 113(a)(3) and 1153**

On or about November 01, 2021, in the District of Idaho and within the exterior boundaries of the Nez Perce Indian Reservation, the Defendant, QAYA MIKEL GORDON, an Indian, did knowingly and intentionally assault K.E.P., an Indian, with a dangerous weapon with the intent to do bodily harm to-wit: the Defendant hit K.E.P. repeatedly with a hammer, all in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

**INDICTMENT - 1**

## COUNT TWO

### Assault with a Deadly Weapon
### 18 U.S.C. §§ 113(a)(3) and 1153

On or about November 01, 2021, in the District of Idaho and within the exterior boundaries of the Nez Perce Indian Reservation, the Defendant, QAYA MIKEL GORDON, an Indian, did knowingly and intentionally assault V.K.S., an Indian, with a dangerous weapon with the intent to do bodily harm to-wit: the Defendant hit V.K.S. repeatedly with a hammer, all in violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

DATED this 16th day of November 2021

A TRUE BILL,

/s/ [signature on reverse]
FOREPERSON

RAFAEL M. GONZALEZ, JR.
Acting United States Attorney
By:

TRACI J. WHELAN
Assistant United States Attorney

INDICTMENT - 2