CRIMINAL PROCEEDINGS - Sentencing

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge David C. Nye
Case No: 3:21-cr-305-DCN
Place: Coeur d'Alene, ID

Date: **December 1, 2022**
Deputy Clerk: Patti Richmond
Reporter: Anne Bowline
Time: 10:00 – 10:36 am

## UNITED STATES OF AMERICA vs QAYA MIKEL GORDON

Counsel for United States: Traci J. Whelan
Counsel for Defendant: Michael G. Palmer
Probation Officer: Tonya McDonald

(X) All parties agreed to have this matter heard with the Court appearing via zoom.
(X) Court reviewed case history.
(X) Defendant was convicted by a jury on **2 Counts of Assault with a Deadly Weapon.**
(X) There being no objection to the Presentence report, the court accepts the report as its own findings.
(X) Counsel made sentencing recommendations to the Court.
(X) Defendant made remarks on his own behalf.

**Total Combined Offense Level 26     Criminal History Category I     Guideline Range of 63-78 months**

(X) Court addressed 3553(a) factors and finds there is no grounds to sentence outside the guideline range as stated on the record.

**SENTENCE:**
Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the court the defendant, **Qaya Mikel Gordon**, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **seventy-two (72) months on each count, to be served concurrently with each other**.

It is further ordered the defendant shall pay to the United States $100 special assessment on each count for a total of $200.00 which shall be due immediately.

The court finds the defendant does not have the ability to pay a fine.   The court will waive the fine in this case.

It is further ordered that the defendant shall make restitution to the Clerk of the Court, 550 West Fort Street, Suite 400, Boise, Idaho 83724, in the amount of $11,782.08.

Interest is waived on the restitution amount.

All monetary penalties are due and payable immediately.

Having considered the defendant's financial resources, the Court orders payment under the following schedule unless modified by the Court:

While in custody, the defendant shall submit nominal payments of not less than $25 per quarter pursuant to the Bureau of Prisons' Inmate Financial Responsibility Program.

During the term of supervised release, the defendant shall submit nominal monthly payments of 10% of gross income, but not less than $25 per month.

The foregoing does not preclude collection efforts under 18 U.S.C. § 3613.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **three (3) years on each count to run concurrently with each other**. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released.

The defendant shall comply with all mandatory, standard, and special conditions of supervised release as outlined in the Sentencing Recommendation (Dkt.80)


(X) Defendant advised of penalties for violation of terms and conditions of supervised release.
(X) Right to appeal explained.
(X) Defendant will be credited with all time served in federal custody and recommended that he be placed at Herlong, CA.
(X) It is recommended that the defendant be placed in the RDAP program while incarcerated.
(X) Defendant remanded to the custody of the USM.